IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-30646
_____

COREY ALTON BARTON; STARR MARIE
PRITCHARD; ANGEL DENISE WILLIAMS;
and DAWN RENÉ VINCENT,

                                    Plaintiffs-Appellants,

versus

G & N INVESTMENTS, INC.; UNIONAMERICA
INSURANCE COMPANY LIMITED,

                                    Defendants-Appellees.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
(98-CV-164-A)
_____

May 6, 1999

Before REAVLEY, JOLLY and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    We accept the decision of the learned trial judge on the lack of complete diversity between the parties in the survival action. Complete diversity does exist, however, on the wrongful death claim, and the court will probably exercise supplemental jurisdiction over the survival action.

    The judgment of dismissal is reversed, and the case is remanded.

    REVERSED and REMANDED.

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.